## Commonwealth *v.* Fullum, Appellant.

Submitted September 8, 1975. *Calvin S. Drayer, Jr.,* Assistant Public Defender, for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The case is remanded to the trial court to allow appellant to file a motion to withdraw his guilty plea *nunc pro tunc.* See *Commonwealth v. Roberts,* 237 Pa. Superior Ct. 336, 352 A.2d 140 (1975); *Commonwealth v. Zakrzewski,* 460 Pa. 528, 333 A.2d 898 (1975).

PRICE, J., dissents on the basis of his dissenting opinion in *Commonwealth v. Roberts,* supra, 237 Pa. Superior Ct. 336, 340 (1975).

## Commonwealth *v.* Grove, Appellant.

Submitted March 1, 1976. *William F. Kaminski,* Assistant Public Defender, for appellant; *George S. Glen,* Assistant District Attorney, *Edwin D. Strite, Jr.,* First Assistant District Attorney, and *John R. Walker,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.